UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT G. GASPARD,<br><br>　　　　　　Defendant,<br><br>　　and<br><br>DEPARTMENT OF RETIREMENT SYSTEMS, STATE OF WASHINGTON,<br><br>　　　　　　Garnishee. | No. C11-159-RSL<br><br>ORDER EXTENDING TIME<br>TO FILE A REPLY |

This matter comes before the Court *sua sponte*. In light of counsel's unavailability, the Court amends its previous order extending the deadline for filing a reply (Dkt. # 14). The Court hereby ORDERS that the revised deadline for filing a reply shall be Wednesday, November 16, 2011. The Clerk is directed to re-note Plaintiff's motion (Dkt ## 9–10) for November 18, 2011.

DATED this 21st day of October, 2011.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING TIME TO FILE A REPLY