UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
UNITED STATES OF AMERICA,                )
                                        )        No.  C11-159-RSL
                    Plaintiff,           )
        v.                               )
                                        )        ORDER EXTENDING TIME
GRANT G. GASPARD,                        )        TO FILE A REPLY
                                        )
                    Defendant,           )
                                        )
        and                              )
                                        )
DEPARTMENT OF RETIREMENT                 )
SYSTEMS, STATE OF WASHINGTON,            )
                                        )
                    Garnishee.           )
_____)

        This matter comes before the Court *sua sponte*.  In light of counsel's unavailability, the

Court amends its previous order extending the deadline for filing a reply (Dkt. # 14).  The Court

hereby ORDERS that the revised deadline for filing a reply shall be Wednesday, November 16,

2011.  The Clerk is directed to re-note Plaintiff's motion (Dkt ## 9–10) for November 18, 2011.

        DATED this 21st day of October, 2011.


                                        _____
                                        Robert S. Lasnik
                                        United States District Judge


ORDER EXTENDING TIME TO FILE A REPLY