UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>GRANT G. GASPARD,<br><br>                     Defendant,<br><br>     v.<br><br>DEPARTMENT OF RETIREMENT SYSTEMS, STATE OF WASHINGTON,<br><br>                     Garnishee-Defendant. | CASE NO. 2:11-cv-00159-LK<br><br>ORDER TERMINATING GARNISHMENT PROCEEDING |

      This matter comes before the Court on the United States' Application to Terminate Garnishment Proceeding. Dkt. No. 19. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10).

//

//

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

1   IT IS ORDERED that the garnishment is terminated and that the Department of Retirement
2   Systems, State of Washington is relieved of further responsibility pursuant to this garnishment.

4   Dated this 5th day of June, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING - 2